## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CLAUDE GREINER,

       Plaintiff,

v.

CADILLAC ACCOUNTS RECEIVABLE
MANAGEMENT, INC.,

       Defendant.

_____/

Case No. 19-12479

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S NOVEMBER 09, 2020 REPORT AND RECOMMENDATION [20]

Currently before the Court is the magistrate judge's November 09, 2020 report and recommendation. (ECF No. 25.)  The magistrate judge recommends that the Court grant in part and deny in part Defendant's motion for summary judgment (ECF No. 20).  The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party filed objections to the magistrate judge's report and recommendation.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted).  The Court nevertheless agrees with the magistrate judge's recommendation.  The Court therefore **ACCEPTS and ADOPTS** the magistrate judge's report and recommendation and **GRANTS IN PART** and **DENIES IN PART** Defendant's motion for summary judgment.

1

**SO ORDERED**.

s/Nancy G. Edmunds

Nancy G. Edmunds
United States District Judge

Dated:  December 11, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 11, 2020, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager